05-19-00668-CV

FILED
DALLAS COUNTY
6/17/2019 11:43 AM
FELICIA PITRE
DISTRICT CLERK

Shelia Bradley

Cause No. DC-18-07724

| | | |
|---|---|---|
| James Hefner, as next friend of Brian Randolph Hefner, *Plaintiff,* | § § § § | In the District Court |
| | | FILED IN 5th COURT OF APPEALS DALLAS, TEXAS 6/18/2019 2:41:18 PM LISA MATZ Clerk |
| v. | § § | 14th Judicial District |
| Caregiver 1, Inc., Caregiver 2, Inc., Daybreak, Inc., and Ashtaun Breele Mallory, *Defendant.* | § § § § | Dallas County, Texas |

**Defendant Ashtaun Breele Mallory's
Notice of Appeal**

To the Honorable Judge of Said Court:

Pursuant to Tex. R. of App. P. 25.1(a), 26.1(b), and 28.1 Defendant Ashtaun Breele Mallory herein timely files this Notice that she desires to appeal the interlocutory Order denying Defendant Ashtaun Breele Mallory's First Amended Motion to Dismiss, which Order was signed on May 30, 2019 in this Cause No. DC-18-07724, in the 14th Judicial District Court of Dallas County, Texas. Pursuant to Tex. Civ. Prac. & Rem. Code § 51.014(a)(9), the appeal of this interlocutory order denying Mallory's § 74.351(b) motion to dismiss is permissible, and this appeal is accelerated. Tex. R. App. P. 28.1(a).

Defendant appeals to the Fifth Court of Appeals.

**Touchstone, Bernays, Johnston, Beall, Smith & Stollenwerck, L.L.P.**

By: */s/ Andrew T. Fifield*
Andrew T. Fifield-06982500
J. Reid Burley - 24109675
1717 Main Street, Suite 3400
Dallas, Texas 75201
214-741-1166
214-741-7548 (fax)
andrew.fifield@tbjbs.com
reid.burley@tbjbs.com
**Attorneys for Defendant**
**Ashtaun Breele Mallory**

## Certificate of Service

The undersigned certifies that on June 17, 2019, a true and correct copy of the foregoing document was served on all known counsel of record in accordance with the Texas Rules of Civil Procedure.

*/s/Andrew T. Fifield*
Andrew T. Fifield